458 A.2d 1355

**COMMONWEALTH of Pennsylvania**

v.

**Darryle LLOYD, Appellant.**

Supreme Court of Pennsylvania.

Argued April 28, 1983.

Decided May 10, 1983.

Ronald A. White, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Dennis Cohen, Philadelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Judgments affirmed.